Soheyl Tahsildoost (Bar No. 271294)
Elham Hassantash (Bar No. 338200)
THETA LAW FIRM, LLP
12100 Wilshire Blvd., Suite 1070
Los Angeles, CA 90025
Telephone: (424) 297-3103
Facsimile: (424) 286-2244
eservice@thetafirm.com

Attorneys for Defendants Hyundai Motor America
and Gen Glendale LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMON ESKANDARIAN, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> HYUNDAI MOTOR AMERICA, a California Stock Corporation; GEN GLENDALE LLC, a Delaware Limited Liability Company; and DOES 1 through 30, inclusive, <br><br> Defendants. | Case No.: 2:23-cv-07503-JAK-SK <br><br> **DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE RE: DISMISSAL** <br><br><br> Complaint Filed:  August 9, 2023 <br> Order to Show Cause: July 22, 2024 |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

On February 16, 2024, Plaintiff EDMON ESKANDARIAN ("Plaintiff"), and Defendants, HYUNDAI MOTOR AMERICA and GEN GLENDALE LLC ("Defendants")(collectively "Parties"), by and through their respective counsel of record filed a Status Report Re: Settlement. (Dkt. 17)

On April 17, 2024, Plaintiff filed a Response to the Court issued Order Setting Order to Show Cause Re: Dismissal (Dkt. 18), indicating that discussions regarding post-settlement reimbursement amounts were ongoing. (Dkt. 19).

Thereafter, on April 18, 2024, the Court continued the Order to Show Cause Re: Dismissal to July 22, 2024. (Dkt. 20) Moreover, the Court ordered the Parties either to file a Request for Dismissal or Response to Order to Show Cause Re: Dismissal.

As of February 9, 2024, both checks for settlement and attorney's fees and costs were mailed to the office of Plaintiff's counsel. Plaintiff's counsel has indicated that some potential post-settlement reimbursement amounts are outstanding and will advise Defendants' counsel regarding same.

Therefore, Defendants hereby submit this Response to Order to Show Cause Re: Dismissal ("Response"), stating that upon the resolution of any potential outstanding matter, the Parties will file Request for Dismissal within sixty (60) days after filing this Response.

DATED: July 17, 2024          THETA LAW FIRM, LLP

SOHEYL TAHSILDOOST
ELHAM HASSANTASH
Attorneys for Defendants Hyundai Motor
America and Gen Glendale LLC

DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE RE: DISMISSAL

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 17, 2024, I filed the foregoing document entitled **DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE RE: DISMISSAL** with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

_____

Soheyl Tahsildoost

**DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE RE: DISMISSAL**